IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DELL USA L.P., | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § | Case No. 4:03-CV-347 |
| LUCENT TECHNOLOGIES, INC., | | |
| Defendant. | | |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given to you in the Court's Instructions to the Jury.

    1A. Did Dell prove by a preponderance of the evidence that Lucent directly infringed the claims of the patents listed below?

    1B. Did Dell prove by a preponderance of the evidence that Lucent induced another to infringe the claims of the patents listed below?

    1C. Did Dell prove by clear and convincing evidence that Lucent's infringement, if any, was willful?

Answer "Yes" or "No" on the lines provided as to each claim in columns 1A and 1B. For each claim you answer "Yes" in columns 1A or 1B, if any, then answer "Yes" or "No" in column 1C. If you answer "No" in columns 1A and 1B, do not answer the corresponding column 1C.

| 1A | 1B | 1C |
|---|---|---|
| (Direct Infringement) | (Infringement by Inducement) | (Willful Infringement) |

'597 Patent

| | | | |
|---|---|---|---|
| Claim 1 | NO | NO | ~~YES~~ |
| Claim 11 | NO | NO | |

|  | **1A**<br>(Direct Infringement) | **1B**<br>(Infringement by Inducement) | **1C**<br>(Willful Infringement) |
|---|---|---|---|
| **'275 Patent** | | | |
| Claim 1 | NO | NO | |
| Claim 16 | | NO | |
| Claim 17 | NO | NO | |
| Claim 21 | | NO | |

2. Did Lucent prove by clear and convincing evidence that any of the listed claims of the patents-in-suit are invalid?

   **Answer "Yes" or "No" for each listed claim:**

**'597 Patent**

   Claim 1  NO

   Claim 11  NO

**'275 Patent**

   Claim 1  NO

   Claim 16  NO

   Claim 17  NO

   Claim 21  NO

3. What sum of money, if paid now in cash, do you find should be awarded to Dell as damages adequate to compensate it for the patent claims you have found to have been infringed by Lucent, if any?  Only award damages for those claims you find infringed by Lucent and valid. Do not award damages for claims that you did not find infringed by Lucent and valid.

**Answer:**   $_____ for the '597 Patent

**Answer:**   $_____ for the '275 Patent

Date: 2-1-08          Signed: Deborah Ellis
                              Foreperson